FORM TO BE USED BY FEDERAL PRISONERS FOR FILING A PETITION FOR WRIT OF HABEAS CORPUS UNDER TITLE 28 U.S.C. § 2241

IN THE UNITED STATES DISTRICT COURT

FOR THE District of Massachusetts

2004 JUN -7  P 2:28
U.S. DISTRICT COURT
DISTRICT OF MASS.

John Schrimpf
Petitioner
23582-038
F.M.C. Devens, P.O. Box 879
Ayer, Ma 01432-0879
(Full name under which you were convicted;
Prison Number; Full Mailing Address).

**04-40108**

VS.                                       CIVIL ACTION NO. _____

Department of Justice
Respondent(s)
Bureau of Prisons
Harley Lappen, et al
David L. Winn, et al
(Name of Warden or other authorized person
having custody of Petitioner).

PLEASE COMPLETE THE FOLLOWING. READ THE ENTIRE PETITION BEFORE FILLING IT OUT. ANSWER THOSE QUESTIONS WHICH PERTAIN TO YOUR TYPE OF CLAIM.

1. This petition concerns: (check appropriate blank)

  _____ A conviction
  _____ A sentence (**CAUTION**: If you are attacking a sentence imposed under a Federal Judgment, you must file a direct motion under 28 U.S.C. § 2255 in the Federal Court which entered the Judgment).
  _____ Jail or prison conditions
  _____ Prison discipline issue
  _____ A parole problem
  __x__ Other. State briefly: GCT credit/ CCC placement
  _____
  _____

2. Place of detention: F.M.C. Devens, P.O. Box 879, Ayer, MA 01432-0879

FILING FEE PAID:
RECEIPT # 404341
AMOUNT $ 5.00
BY DPTY CLK _____
DATE 6-9-04

1

**HAVE YOU FILED PREVIOUS PETITIONS FOR HABEAS CORPUS MOTION UNDER TITLE 28 U.S.C. § 2255, OR ANY APPLICATIONS, PETITONS OR MOTIONS WITH RESPECT TO THIS CONVICTION?**

_____ Yes     _____x_____ No

3. If your answer is "yes," give the following information:

a. Name of the Court: _____

b. Nature of proceeding: _____
_____

c. Grounds raised: _____
_____
_____
_____
_____

d. Result: _____
_____

e. Date of result: _____

f. Citation or number of any written opinion or order entered pursuant to each such disposition: _____
_____

4. If you did not file a motion under section 2255 of Title 28 U.S.C., or if you filed a motion and it was denied, state why your remedy by way of such motion is inadequate or ineffective to test the legality of your detention:
_____
_____
_____
_____

5. Does counsel presently represent you? _____ Yes   __x____ No

If so, Name address and phone number of counsel: _____
_____
_____

6. Name and location of court, which imposed sentence: _____
_____
_____

2

7. Indictment or case number, if known: __01:10144NG__

8. Offense or Offenses for which sentence was imposed: __21 U.S.C. §841, §846, and 18 U.S.C. §2__

9. Date upon which sentence was imposed and the term of the sentence: __September 10, 2002__

10. When was a finding of guilt made? (Check one)
    __x__ After a plea of guilty

    _____ After a plea of not guilty

    _____ After a plea of Nolo Contendre

11. If you were found guilty after a plea of not guilty, was that finding made by:
    _____ A jury

    __x__ A judge without a jury

12. Did you appeal the judgment of the conviction or the imposition of a sentence? _____ Yes __x__ No

13. If you did appeal, give the following information for each appeal:

a. Name of court: _____

b. Result: _____

c. Date of result: _____

d. Citation or number of opinion: _____

e. Grounds raised: (List each one)

_____
_____
_____
_____
_____
_____

**NOTE: If you appealed more than once, attach an additional sheet of paper the same size, give all the information requested above in question number 13, a through e. DO NOT WRITE ON BACK OF PAGE.**

3

14. Summarize <u>briefly</u> the facts supporting each ground. If necessary attach a single page behind this page.

**CAUTION:** If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

a. Ground one: _Request for GCT credit correct calculation_

Supporting Facts: (Tell your story BRIEFLY without citing cases or law. You are CAUTIONED that you must state facts not <u>conclusions,</u> in support of your grounds. E.g., who did exactly what to violate your rights at what time or place).

_See attached Motion_

b. Ground Two:
_Request for six months CCC placement_

Supporting Facts: _See Attached Motion_

Ground Three:

Supporting Facts:

4

15. If this petition concerns jail or prison conditions, prison discipline, a parole problem or other cause under 28 U.S.C. § 2241, answer the following:

a. Did you present the facts in relation to your present complaint in the internal prison grievance procedure?

_____ Yes __x__ No

(1) If your answer to "a" above is yes, what was the result? _____

_____

(2) If your answer to "a" above is no, explain: __It would be futile to present issue through grievance procedure__

_____

b. Did you present your claim to the Bureau of Prisons or other federal agency for administrative action?

_____ Yes __x__ No

(1) If your answer is "yes," state the date such claim was submitted and what action, if any has been taken:

_____

(2) If your claim has not been acted on, attach copies of any correspondence you have received from the Bureau of Prisons or other federal agency concerning you.

c. **STATEMENT OF CLAIM:** State here as briefly as possible the facts of your case. DO NOT give any legal arguments or cite any cases or any statutes. Attach extra pages of the same size to this page if more room is necessary. DO NOT write on the reverse side of this page.

_____See attached Motion_____

5

**16. RELIEF:** state briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Correct calculation of GCT credit and six months CCC placement

Signed on this the 3rd day of June, 2004.

*John Schrimpf*
Signature of petitioner

I DECLARE (OR CERTIFY, VERIFY OR STATE) THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE OR INFORMATION AND BELIEF AND THAT ANY FALSE STATEMENTS MADE THEREIN ARE MADE SUBJECT TO THE PENALTIES OF APPLICABLE LAWS RELATING TO UNSWORN FALSIFICATIONS TO AUTHORITIES.

**Executed on:** June 3rd, 2004.

*John Schrimpf*
Signature of petitioner