UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN SCHRIMPF, ) | |
| ) | |
| Petitioner, ) | |
| ) | C.A. No. 04cv40108NG |
| v. ) | |
| ) | |
| DEPARTMENT OF JUSTICE, BUREAU ) | |
| OF PRISONS, HARLEY LAPPEN, ) | |
| DIRECTOR, DAVID L. WINN, WARDEN ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR EXTENSION OF TIME**
**TO ANSWER OR OTHERWISE RESPOND**

The United States respectfully requests an extension of time until October 13, 2004 to answer or otherwise respond to the plaintiff's Petition for Writ of Habeas Corpus. Plaintiff, a federal inmate at FMC Devens, has alleged claims regarding, *inter alia,* the Bureau of Prison's calculation of his good conduct time. Investigation of the claims raised in his Petition therefore requires the assembly and review of Plaintiff's records and consultation with members of the Bureau of Prisons staff. Accordingly, in order to provide the Court with an informed response to Plaintiff's Petition, this additional time is needed.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

          /s/ Michael Sady
By:  Michael Sady
      Assistant U.S. Attorney
      Damian W. Wilmot
      Newly Appointed Assistant U.S. Attorney
      John Joseph Moakley Federal Courthouse
      One Courthouse Way, Suite 9200
      Boston, MA   02210
      (617) 748-3398

Dated:  August 25, 2004

## CERTIFICATION UNDER L.R. 7.1

Because Petitioner is a prisoner currently incarcerated in a federal correctional facility, counsel for the United States respectfully requests leave to file this Motion without a 7.1 conference.

        /s/ Damian W. Wilmot
        Damian W. Wilmot

## CERTIFICATE OF SERVICE

I certify that on August 25, 2004, I caused a copy of the foregoing Motion to be served on Petitioner by first class mail, postage pre-paid to John Schrimpf, #23582-038, FMC Devens, P.O. Box 879, Ayer, MA 01432.

        /s/ Damian W. Wilmot
        Damian W. Wilmot