UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN SCHRIMPF, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>DEPARTMENT OF JUSTICE, BUREAU )<br>OF PRISONS, HARLEY LAPPEN, )<br>DIRECTOR, DAVID L. WINN, WARDEN )<br>)<br>Respondents. )<br> ) | C.A. No. 04cv40108NG |

**RESPONDENTS' MOTION TO DISMISS**

Respondents in the above-captioned action move to dismiss the Petition For Writ of Habeas Corpus. In support of this Motion, the Respondents submit the accompanying Memorandum of Law in Support of the Motion to Dismiss.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:   /s/ Damian W. Wilmot
       DAMIAN W. WILMOT
       Assistant U.S. Attorney
       John Joseph Moakley U. S. Courthouse
       One Courthouse Way, Suite 9200
       Boston, Massachusetts 02210
       (617) 748-3100

Dated: October 13, 2004

## CERTIFICATION UNDER L.R. 7.1

Because Petitioner is a pro se prisoner currently incarcerated in a federal correctional facility, counsel for the United States respectfully requests leave to file this Motion without a 7.1 conference.

    /s/ Damian W. Wilmot
    DAMIAN W. WILMOT
    Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served upon Petitioner John Schrimpf, #23582-038, FMC Devens, P.O. Box 879, Ayer, MA 01432 by first class, postage prepaid mail on October 13, 2004.

    /s/ Damian W. Wilmot
    DAMIAN W. WILMOT
    Assistant U.S. Attorney