**ATTACHMENT A**

```
REGNO..: 23582-038 NAME: SCHRIMPF, JOHN
COMP NO: 010       ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: DEV / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 978-796-1000   FTS: N/A
                                           RACE/SEX...: WHITE / MALE
FBI NUMBER.: 372356RB5                     DOB/AGE....: 08-18-1970 / 34
PROJ REL MT: GOOD CONDUCT TIME RELEASE     PAR ELIG DT: N/A
PROJ REL DT: 02-26-2005                    PAR HEAR DT:
------------------------- ADMIT/RELEASE HISTORY ----------------------------
FCL   ASSIGNMENT DESCRIPTION                START DATE/TIME STOP   DATE/TIME
DEV   A-DES        DESIGNATED, AT ASSIGNED FACIL   12-18-2003 1337 CURRENT
DEV   LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN     12-18-2003 1023 12-18-2003 1337
DEV   A-DES        DESIGNATED, AT ASSIGNED FACIL   06-26-2003 1428 12-18-2003 1023
DEV   LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN     06-26-2003 1051 06-26-2003 1428
DEV   A-DES        DESIGNATED, AT ASSIGNED FACIL   05-21-2003 1127 06-26-2003 1051
DEV   LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN     05-21-2003 0726 05-21-2003 1127
DEV   A-DES        DESIGNATED, AT ASSIGNED FACIL   04-03-2003 1317 05-21-2003 0726
DEV   LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN     04-03-2003 1015 04-03-2003 1317

G0002      MORE PAGES TO FOLLOW . . .
```

```
REGNO..: 23582-038 NAME: SCHRIMPF, JOHN
COMP NO: 010          ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS          RESP OF: DEV / DESIGNATED, AT ASSIGNED FACIL
                     PHONE..: 978-796-1000      FTS: N/A
DEV   A-DES       DESIGNATED, AT ASSIGNED FACIL   03-14-2003 1113  04-03-2003 1015
DEV   LOCAL HOSP  ESC TRIP TO LOCAL HOSP W/RETN   03-14-2003 0730  03-14-2003 1113
DEV   A-DES       DESIGNATED, AT ASSIGNED FACIL   03-10-2003 1542  03-14-2003 0730
DEV   LOCAL HOSP  ESC TRIP TO LOCAL HOSP W/RETN   03-10-2003 1044  03-10-2003 1542
DEV   A-DES       DESIGNATED, AT ASSIGNED FACIL   02-20-2003 1447  03-10-2003 1044
DEV   LOCAL HOSP  ESC TRIP TO LOCAL HOSP W/RETN   02-20-2003 1206  02-20-2003 1447
DEV   A-DES       DESIGNATED, AT ASSIGNED FACIL   10-23-2002 1334  02-20-2003 1206
O-P   RELEASE     RELEASED FROM IN-TRANSIT FACL   10-23-2002 1334  10-23-2002 1334
O-P   A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL  10-16-2002 1048  10-23-2002 1334
CBN   ADMIN REL   ADMINISTRATIVE RELEASE          10-16-2002 1048  10-16-2002 1048
CBN   A-ADMIN     ADMINISTRATIVE ADMISSION        10-16-2002 1034  10-16-2002 1048
O-P   RELEASE     RELEASED FROM IN-TRANSIT FACL   10-16-2002 1034  10-16-2002 1034
O-P   A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL  10-16-2002 1032  10-16-2002 1034
```

G0002        MORE PAGES TO FOLLOW . . .

REGNO..: 23582-038 NAME: SCHRIMPF, JOHN
COMP NO: 010       ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: DEV / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 978-796-1000    FTS: N/A
PRE-RELEASE PREPARATION DATE: 11-21-2004

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  02-26-2005 VIA GCT REL

-------------------CURRENT JUDGMENT/WARRANT NO: 010 -------------------

COURT OF JURISDICTION...........: MASSACHUSETTS
DOCKET NUMBER...................: 01-10144-NG
JUDGE...........................: GERTNER
DATE SENTENCED/PROBATION IMPOSED: 09-10-2002
DATE COMMITTED..................: 10-23-2002
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

G0002       MORE PAGES TO FOLLOW . . .

REGNO..: 23582-038 NAME: SCHRIMPF, JOHN
COMP NO: 010      ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS      RESP OF: DEV / DESIGNATED, AT ASSIGNED FACIL
                  PHONE..: 978-796-1000   FTS: N/A


                   FELONY ASSESS   MISDMNR ASSESS   FINES           COSTS
NON-COMMITTED.:    $200.00         $00.00          $00.00          $00.00

RESTITUTION...:   PROPERTY:  NO   SERVICES:  NO         AMOUNT:  $00.00

----------------------CURRENT OBLIGATION NO: 010 -------------------------
OFFENSE CODE....:  391
OFF/CHG: T21:846,841(A)(1),18:2 CPWID & DISTRIBUTE MARIJUANA, PWID
         MARIJ., AIDING & ABETTING

 SENTENCE PROCEDURE............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   37 MONTHS


G0002      MORE PAGES TO FOLLOW . . .

```
REGNO..: 23582-038 NAME: SCHRIMPF, JOHN
COMP NO: 010       ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: DEV / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 978-796-1000     FTS: N/A
 TERM OF SUPERVISION............:    3 YEARS
 DATE OF OFFENSE................: 02-12-2001


------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 11-18-2002 AT DEV AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 09-10-2002
TOTAL TERM IN EFFECT............:    37 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    3 YEARS        1 MONTHS
EARLIEST DATE OF OFFENSE........: 02-12-2001

G0002      MORE PAGES TO FOLLOW . . .
```

```
REGNO..: 23582-038 NAME: SCHRIMPF, JOHN
COMP NO: 010       ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: DEV / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 978-796-1000   FTS: N/A

JAIL CREDIT.....................:    FROM DATE      THRU DATE
                                     02-12-2001     03-14-2001
                                     01-17-2002     01-24-2002
                                     07-31-2002     09-09-2002

TOTAL PRIOR CREDIT TIME.........: 80
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 145
TOTAL GCT EARNED................: 108
STATUTORY RELEASE DATE PROJECTED: 02-26-2005
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 07-21-2005


G0002      MORE PAGES TO FOLLOW . . .
```

REGNO..: 23582-038 NAME: SCHRIMPF, JOHN
COMP NO: 010       ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: DEV / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 978-796-1000   FTS: N/A

PROJECTED SATISFACTION DATE.....: 02-26-2005
PROJECTED SATISFACTION METHOD...: GCT REL


S0055          NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE

Pursuant to Bureau of Prisons Program Statement 1351.05, Release of Information (September 19, 2002), the cited portions of the Presentence Investigation Report and the Statement of Reasons from the Judgment and Commitment Order will not be included in the copy of the Government's Response that is forwarded to the Petitioner. Petitioner may access this document by submitting a request to a member of his Unit Team at the institution where he is incarcerated.

**ATTACHMENT  B**

AO 245B (Rev. 3/01) Sheet 1 - Judgment in a Criminal Case

# United States District Court
## District of Massachusetts

UNITED STATES OF AMERICA

v.

**JOHN SCHRIMPF**

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

**Case Number: 01-10144-NG**

Defendant's Attorney: Carmine P. Lepore Jr.

**THE DEFENDANT:**

**XX** pleaded guilty to count(s):     1 & 2

☐ pleaded nolo contendere to counts(s)_____which was accepted by the court.

☐ was found guilty on count(s)_____after a plea of not guilty.

Accordingly, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21:USC§846 | Conspiracy to Possess with intent to Distribute & to Distribute Marijuana | 2/01 | 1 |
| 21:USC§841(a)(1) | Possession of Marijuana with intent to Distribute | 2/01 | 2 |
| 18:USC§2 | Aiding & Abetting | | |

The defendant is sentenced as provided in pages 2 through  4   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall pay a special assessment of **$200 (total)** for counts  1 & 2  which shall be due immediately.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 daysof any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and UnitedStates Attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.:000/00/1447

Defendant's Date of Birth: 0/0/1970

Defendant's USM No.:  23582-038

Defendant's Residence Address:.Ryan House
                                100 Green St.
                                Lynn, MA

Defendant's Mailing Address: Plymouth House of Correction
                                26 Long Pond Rd
                                Plymouth, MA  02360

/9/10/02
Date of Imposition of Judgment

Signature of Judicial Officer

Nancy Gertner U.S.D.J.
Name and Title of Judicial Officer

9/18/02
Date

HEREBY ATTEST AND CERTIFY ON 9/20/02 THAT THE FOREGOING DOCUMENT IS A FULL, TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.

TONY ANASTAS
CLERK, U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BY _____

AO 245B (Rev 3/01) -Imprisonment

CASE NUMBER: **01-10144-NG**
DEFENDANT:**JOHN SCHRIMPF**

Judgment - Page __2__ of __4__

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of __37 MONTHS ON COUNTS 1 & 2 TO BE SERVED CONCURRENTLY WITH EACH OTHER.__

**XX** The court makes the following recommendations to the Bureau of Prisons:
      -500 HOUR DRUG TREATMENT PROGRAM,
      -THAT THE DEFENDANT SERVE HIS TIME AT FMC FT. DEVEN'S.
      -THAT THE DEFENDANT BE GIVEN CREDIT FOR TIME SERVED.

**XX** The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
    ☐ at _____ on _____.
    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐ before _____ on _____.
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By: _____
Deputy U.S. Marshal

AO 245B (Rev 3/01)  -Supervised Release

CASE NUMBER: **01-10144-NG**

DEFENDANT:**JOHN SCHRIMPF**

Judgment - Page  3  of  4

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of  3 YEARS .

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

☐ The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check if applicable.)

☒ The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page (if indicated) **XX See special conditions page 3.01**

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependants and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law . enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT **JOHN SCHRIMPF**                                    PAGE 3.01
CRIMINAL NO. **01-10144-NG**

### SPECIAL CONDITIONS OF SUPERVISED RELEASE
(check all that apply)

**XX**    The defendant is prohibited from *possessing a firearm* or other dangerous weapon.

_____    The defendant is to pay the balance of the *restitution* according to a court ordered repayment
schedule.

_____    The defendant is to pay the balance of the *fine* according to a court ordered repayment schedule.

_____    The defendant is prohibited from *incurring new credit* charges or opening additional lines of credit
without the approval of the probation officer unless the defendant is in compliance with the payment
schedule.

_____    The defendant is to provide the probation officer access to any requested *financial information*.

_____    The defendant is to serve _____ months in *home detention*, *(either)* with electronic
monitoring and pay a fee of $4.97 for each day under electronic monitoring.

_____    The defendant is to reside for a period of _ months in a *community corrections center* and shall
observe the rules of that facility.

_____    The defendant is *true name and will be prohibited from the use of any aliases*, false dates of
birth, false social security numbers, incorrect places of birth, and any other pertinent incorrect
identifying information.

**XX**    The defendant is to participate in a program for *substance abuse* as directed by the United States
Probation Office, which program may include testing to determine whether the defendant has
reverted to the use of alcohol or drugs. The defendant shall be required to contribute to the costs of
services for such treatment based on the ability to pay or availability of third party payment.

_____    The defendant is to participate in a *mental health* program as directed by the United States
Probation Office.

_____    If ordered *deported*, the defendant is to leave the United States and is not to return without prior
permission of the United States Attorney General.

_____    The defendant is to complete __ hours of *community service* at an agency approved by the
probation officer.

_____    The defendant is to meet with the *Internal Revenue Service* within the first _____ days of the
period of supervision in order to determine the prior tax liability and is to file tax returns and pay any
future taxes due

**ATTACHMENT C**

```
  DEVAA  540*23 *            SENTENCE MONITORING          *    08-25-2004
PAGE 001          *          COMPUTATION DATA             *    14:45:31
                             AS OF 08-25-2004
```

REGNO..: 23582-038 NAME: SCHRIMPF, JOHN

```
FBI NO...........: 372356RB5          DATE OF BIRTH: 08-18-1970
ARS1.............: DEV/A-DES
UNIT.............: H UNIT               QUARTERS.....: H03-310L
DETAINERS........: NO                   NOTIFICATIONS: NO
```

PRE-RELEASE PREPARATION DATE: 11-21-2004

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE: 02-26-2005 VIA GCT REL

---------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

```
COURT OF JURISDICTION...........: MASSACHUSETTS
DOCKET NUMBER...................: 01-10144-NG
JUDGE...........................: GERTNER
DATE SENTENCED/PROBATION IMPOSED: 09-10-2002
DATE COMMITTED..................: 10-23-2002
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO
```

```
                 FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.:  $200.00        $00.00          $00.00       $00.00

RESTITUTION...:  PROPERTY: NO  SERVICES: NO      AMOUNT:  $00.00
```

------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  391
OFF/CHG: T21:846,841(A)(1),18:2 CPWID & DISTRIBUTE MARIJUANA, PWID
         MARIJ., AIDING & ABETTING

```
 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   37 MONTHS
 TERM OF SUPERVISION............:    3 YEARS
 DATE OF OFFENSE................: 02-12-2001
```

G0002       MORE PAGES TO FOLLOW . . .

```
  DEVAA  540*23 *            SENTENCE MONITORING        *    08-25-2004
PAGE 002 OF 002 *             COMPUTATION DATA          *    14:45:31
                              AS OF 08-25-2004
```

REGNO..: 23582-038 NAME: SCHRIMPF, JOHN

------------------------CURRENT COMPUTATION NO: 010 --------------------------

COMPUTATION 010 WAS LAST UPDATED ON 11-18-2002 AT DEV AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

```
DATE COMPUTATION BEGAN..........: 09-10-2002
TOTAL TERM IN EFFECT............:   37 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    3 YEARS       1 MONTHS
EARLIEST DATE OF OFFENSE........: 02-12-2001

JAIL CREDIT.....................:   FROM DATE      THRU DATE
                                    02-12-2001     03-14-2001
                                    01-17-2002     01-24-2002
                                    07-31-2002     09-09-2002

TOTAL PRIOR CREDIT TIME.........: 80
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 145
TOTAL GCT EARNED................: 108
STATUTORY RELEASE DATE PROJECTED: 02-26-2005
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 07-21-2005


PROJECTED SATISFACTION DATE.....: 02-26-2005
PROJECTED SATISFACTION METHOD...: GCT REL
```

S0055      NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE

**ATTACHMENT  D**

```
   DEVAA  542*22 *            SENTENCE MONITORING           *      08-25-2004
PAGE 001 OF 001 *             GOOD TIME DATA                *      14:47:03
                              AS OF  08-25-2004
```

```
REGNO...: 23582-038    NAME: SCHRIMPF, JOHN
ARS 1...: DEV A-DES                                PLRA
COMPUTATION NUMBER..: 010              FUNC..: PRT   ACT DT:
LAST UPDATED:  DATE.: 11-18-2002       FACL..: DEV     CALC: AUTOMATIC
UNIT................: H UNIT            QUARTERS............: H03-310L
DATE COMP BEGINS....: 09-10-2002       COMP STATUS.........: COMPLETE
TOTAL JAIL CREDIT...: 80               TOTAL INOP TIME.....: 0
CURRENT REL DT......: 04-04-2005 MON   EXPIRES FULL TERM DT: 07-21-2005
PROJ SATISFACT DT...: 02-26-2005 SAT   PROJ SATISF METHOD..: GCT REL
ACTUAL SATISFACT DT.:                  ACTUAL SATISF METHOD:
DAYS REMAINING......:                  FINAL PUBLC LAW DAYS:
```

```
-------------------------GOOD CONDUCT TIME AMOUNTS-------------------------
```

| START DATE | STOP DATE | MAX POSSIBLE TO | | ACTUAL TOTALS | | VESTED AMOUNT | VESTED DATE |
|------------|-----------|-----|------|-----|-----|--------|------|
| | | DIS | FFT | DIS | FFT | | |
| 06-22-2002 | 06-21-2003 | 54 | 54 | | | | |
| 06-22-2003 | 06-21-2004 | 54 | 108 | | | | |
| 06-22-2004 | 02-26-2005 | 37 | | | | | |

```
     TOTAL EARNED AMOUNT.......................................:      108
     TOTAL EARNED AND PROJECTED AMOUNT.........................:      145
```

```
G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

**ATTACHMENT E**

# Program Statement

OPI:      CPD
NUMBER:   5880.28
DATE:     CN-06, 7/19/99
SUBJECT:  Sentence Computation
          Manual (CCA of 1984)

1. **PURPOSE AND SCOPE.**  This Program Statement transmits the "Sentence Computation Manual" which establishes the policies and procedures for the computation of sentences imposed for violations of the United States Code under the statutes of the Comprehensive Crime Control Act of 1984 (CCCA).

On October 12, 1984, President Reagan signed the Comprehensive Crime Control Act of 1984 (CCCA) into law.  Two major components of this law, the Sentencing Reform Act of 1984 (SRA) and the Insanity Reform Act of 1984, completely restructured the sentencing guidelines and policies of the United States Courts.

After the effective date of the SRA on November 1, 1987, a number of United States Court decisions found all or parts of the SRA unconstitutional.  As a result, the SRA was implemented nationally in various ways.

On January 18, 1989, in **Mistretta** v. **U.S.**, the Supreme Court considered the constitutionality of the sentencing guidelines and ruled that the guidelines were constitutional.  This Manual provides instructions for computing sentences imposed under the CCCA both before and after the **Mistretta** decision.

2. **DIRECTIVES AFFECTED**

   a. **Directives Rescinded.**  None.

   b. **Directives Referenced.**  None.

P.S. 5880.28
February 21, 1992
Page 1 - 40

     g.  Good Conduct Time.  Subsection 3624(b) states, "(b) Credit toward service of sentence for satisfactory behavior.-- A prisoner who is serving a term of imprisonment of more than one year, other than a term of imprisonment for the duration of his life, shall receive credit toward the service of his sentence, beyond the time served, of fifty-four days at the end of each year of his term of imprisonment, beginning at the end of the first year of the term, unless the Bureau of Prisons determines that, during that year, he has not satisfactorily complied with such institutional disciplinary regulations as have been approved by the Attorney General and issued to the prisoner.  If the Bureau determines that during that year, the prisoner has not satisfactorily complied with such institutional regulations, he shall receive no such credit toward service of his sentence or shall receive such lesser credit as the Bureau determines to be appropriate.  The Bureau's determination shall be made within fifteen days after the end of each year of the sentence.  Such credit toward service of sentence vests at the time it is received.  Credit that has been vested may not later be withdrawn, and credit that has not been earned may not later be granted.  Credit for the last year or portion of a year of the term of imprisonment shall be prorated and credited within the last six weeks of the sentence."

     For computation purposes, it is necessary to remember the following about subsection 3624(b):

     (1)  54 days of GCT may be earned for each full year served on a sentence in excess of one year, with the GCT being

prorated for the last partial year.  No GCT can be earned on, or awarded to, a sentence of one year or less.

(2)  The BOP has 15 days after the end of each full year served to make a determination as to the amount of the 54 days that shall be awarded.  If the BOP makes no decision about the amount of GCT to award in the 15 days at the end of the year just served, then the entire 54 days will be automatically credited to the sentence on the Vested Date.  Therefore, before awarding any GCT on the Vested Date, staff shall review the SENTRY disciplinary log to determine if any GCT had been disallowed during the preceding anniversary period.  If no GCT was disallowed during the preceding anniversary period, then the GCT SENTRY data base shall be updated with the total amount of GCT possible to earn and a copy of the disciplinary log, as well as a copy of the GCT record (both signed and dated by the ISM staff member making the change and the auditor), shall be placed in the Judgment and Commitment File.

If some or all of the GCT had been disallowed during the preceding anniversary period and no BP-448 (Good Conduct Time Action Notice) has been received by the Vested Date that matches the disciplinary log record, then the disciplinary log shall be used as the official record for disallowing GCT on the Vested Date.  A copy of the disciplinary log shall be placed in the Judgment and Commitment File pending receipt of a BP-448 that matches the information on the disciplinary log.  After receipt of the BP-448 the disciplinary log copy shall be destroyed.  Again, an updated copy of the

PS 5880.28
(CN-03) February 14, 1997
Page 1 - 44

copy of the SENTRY GCT record (signed and dated by the ISM staff member making the change and the auditor) shall be placed in the Judgment and Commitment File.

          (5)  An action to delay, disallow or suspend the award of some or all of the GCT for a decision at a later time that is not within the 15 day, or six week, consideration time periods is not authorized.

    For release purposes, subsection 3624(b) is the most important provision in the computation process since the proper application of that subsection determines the actual statutory date of release for the prisoner.  The release date is determined, of course, by subtracting the total amount of GCT awarded during the term of the sentence from the full term date of the sentence.  The _total_ amount of GCT awarded during the term of a sentence is found by adding the amount of GCT awarded at the end of each year to the amount of GCT awarded for the last portion of a year.

    As noted in (1) above, 54 days of GCT may be awarded for each full year served on a sentence in excess of one year.  Since 54 days of GCT per year cannot be divided evenly into one year, or 12 months, or 52 weeks, or 365 days, determining the amount of GCT that may be awarded for the last portion of a year on the sentence becomes arithmetically complicated.  The BOP has developed a formula (hereinafter called the "GCT formula") that

PS 5880.28
(CN-03) February 14, 1997
Page 1 - 44A

best conforms to the statute when calculating the maximum number
of days that may be awarded for the time served during the last
portion of a year on the sentence.

The GCT formula is based on dividing 54 days (the maximum
number of days that can be awarded for one year in service of a
sentence) into one day which results in the portion of one day of
GCT (continued on next page)

that may be awarded for one day served on a sentence.   365 days divided into 54 days equals .148.   Since .148 is less than one full day, no GCT can be awarded for one day served on the sentence.   Two days of service on a sentence equals .296 (2 x .148) or zero days GCT; three days equals .444 (3 x .148) or zero days GCT; four days equals .592 (4 x .148) or zero days equals .74 (5 x .148) or zero days GCT; five (6 x .148) or zero days GCT; six days equals .888 .148) or 1 day GCT.   The fraction is always dropped. and seven days equals 1.036 (7 x

Since, in accordance with the statute (18 USC § 3624(b)), no GCT can be awarded to a sentence of one year or less, then the very shortest sentence that can be awarded GCT is a sentence of 1 year and 1 day.   Because a prisoner would accrue GCT while serving a sentence of 1 year and 1 day and, therefore, serve something less than the full sentence, it would be impossible to accrue the full 54 days of GCT for a sentence of 1 year and 1 day.   As a result, the GCT formula previously discussed must be utilized as shown below to determine the amount of GCT to award for a partial year.   This method of calculating the GCT possible to award for the last portion of a year of a sentence to be served must be followed in all partial year calculations.   (For the purpose of this demonstration, the sentence of 1 year and 1 day equals 366 days.)

Step No. 1

Sentence  = 366 - 54 = 312 days

312 days served does not equal 54 days of GCT but does equal 46 days.

Step No. 2

Days Served  = 312 x .148 = 46.176 = 46 days GCT


Subtracting 46 days from the sentence of 366 days results in 320 days to be served.


Step No. 3

Sentence  = 366 - 46  = 320 days

46 days of GCT is not enough because 46 plus 312 days to be served equals a sentence of 358 days, 8 days short of a sentence of 366 days (1 year and 1 day).


Step No. 4

Time Served  = 312 + 46  = 358 days

Comparing 320 days to serve, which is too much time to serve, with 312 days to serve, which is not enough time to serve, reveals that the amount of GCT that can be earned must fall somewhere between 54 and 46 days.  As a result, the next step is to determine how much GCT can be earned on 320 days served.


Step No. 5

Time Served  =  320 x .148  = 47.36 = 47 days GCT

Subtracting 47 days from the sentence of 366 days (1 year and 1 day) results in 319 days to be served.


Step No. 6

Sentence  =  366 - 47  = 319 days

Utilizing the GCT formula, it is learned that 319 days served equals
47 days GCT.


Step No. 7

Time Served  = 319 x .148  = 47.212 = 47 days GCT

Adding 319 days time served to 47 days GCT does equal a sentence of 366 days (1 year and 1 day).

5880.28
February 21, 1992
Page 1 - 47

Step No. 8

Time Served  = 319 + 47  = 366 days

The amount of GCT that can be awarded for a sentence of 366 days (1 year and 1 day) is 47 days.

The steps that were followed in the preceding example must be followed in every instance when it is necessary to determine the amount of GCT that can be awarded for a partial year served on a sentence.  A short version of the preceding eight steps is shown below.

$$366 \times .148 = \underline{54}.168 \quad (366 + 54 = 420)$$
$$366 - 54 = 312 \times .148 = \underline{46}.176 \quad (312 + 46 = 358)$$
$$366 - 46 = 320 \times .148 = \underline{47}.36 \quad (320 + 47 = 367)$$
$$366 - 47 = 319 \times .148 = \underline{47}.212 \quad (319 + 47 = 366)$$

Thus--319 days actually served plus 47 days of GCT equals 366 days, or a sentence of 1 year and 1 day.

There is one exception to the "fraction is always dropped" rule.  For instance, if the partial year remaining on a sentence equals 7 days and if the full 7 days were served, then 1 day of GCT credit ($7 \times .148 = 1.036 = 1$ day) could be awarded.  If the 1 day is awarded, however, then only 6 days would actually be served on the final 7 days and for 6 days served no GCT ($6 \times .148 = .\underline{888} = 0$ days) would be authorized.  This arithmetical conflict occurs each time that the actual time to serve plus the GCT equals 1 day less than that final portion of the year remaining on the sentence.  For example, applying the GCT formula to a final portion of a year of 294 days results in the following calculation.

P.S. 5000.28
February 21, 1992
Page 1 - 48

```
294 x .148 = 43.512  (294 + 43 = 337)
294 - 43= 251 x .148 = 37.148 (251 + 37 = 288)
294 - 37= 257 x .148 = 38.036 (257 + 38 = 295)
294 - 38= 256 x .148 = 37.888 (256 + 37 = 293)
```

As you can see from above, the GCT formula does not produce a result that will allow the number of days actually served plus the GCT to equal 294 days.  Since it is to the advantage of the prisoner to award an additional full day for 37.888 days (38 days instead of 37 days) of GCT in such a situation, the BOP will award that additional 1 full day even though the time served results in a fraction (.888 in this case) short of a full day. (See Good Conduct Time Chart)

It is essential to learn that GCT is not awarded on the basis of the length of the sentence imposed, but rather on the number of days  actually served.  In other words, when the GCT awarded plus the number of days actually served equals the days remaining on the sentence, then the prisoner shall be released on the date arrived at in the computation process (days remaining on sentence - (GCT + days served) = release date).  The following example demonstrates the computation process for determining a final release date on a sentence with 355 days remaining and that has a 10-10-91 date of release prior to the award of GCT.

```
355 x .148 = 52.54  (355 + 52 = 407)
355 - 52= 303 x .148 = 44.844 (303 + 44 = 347)
355 - 44= 311 x .148 = 46.028 (311 + 46 = 357)
355 - 46= 309 x .148 = 45.172 (309 + 45 = 354)
355 - 45= 310 x .148 = 45.88  (310 + 45 = 355)
```

```
Release Date           = 10-10-91 =  19276
GCT                             = -00045
Final Release Date = 08-26-91 =  19231
```

P.S. 5880.28
February 21, 1992
Page 1 - 49

Based on the partial year formula, any sentence that equals 418 days (e.g., 1 year, 1 month and 21 days) through 425 days (e.g., 1 year, 1 month and 29 days), can receive 54 days of GCT. Beginning with sentences that equal 426 days, <u>more</u> than 54 days of GCT can be awarded. As a result, any sentence that exceeds 425 days will require an Anniversary Date and a prorated year computation.

Now that the method for finding the release date for a partial year has been shown, the following example demonstrates the calculation of a sentence of 1 year and 1 month with no jail time credit or inoperative time.

| Date Sentence Began | 90-06-23 | |
|---|---|---|
| Sentence Length | = +01-01-00 | |
| Full Term Date | 91-07-22* | = 19196 |
| Date Sentence Began | 90-06-22* | = -18801 |
| Days Remaining | | 395 |

395 x .148 = <u>58</u>.46  (395 + 58 = 453)
395 - 58= 337 x .148 = <u>49</u>.876 (337 + 49 = 386)
395 - 49= 346 x .148 = <u>51</u>.208 (346 + 51 = 397)
395 - 51= 344 x .148 = <u>50</u>.912 (344 + 50 = 394)
395 - 50= 345 x .148 = <u>51</u>.06  (345 + 51 = <u>396</u>)

You will note that the GCT formula does not allow the GCT plus the days served (344 + 50 = 39<u>4</u> and 345 + 51 = 39<u>6</u>) to equal the days remaining on the sentence (395). As a result, in accordance with the exception to always "dropping the fraction" rule, 51 days of GCT is awarded for the partial year rather than 50 days.

PS 5880.28
(CN-03) February 14, 1997
Page 1 - 61B

enter the number of days of Good Conduct Time into SENTRY on the Vested Date, or the last normal work day prior to the Vested Date.

   e.  If a Good Conduct Time Action Notice (BP-448) has not been received by the Vested Date, then the Disciplinary Log shall be used as the official record for disallowing GCT on the Vested Date.  A copy of the disciplinary log shall be placed in the J&C File pending receipt of a BP-448 that matches the information on the disciplinary log.  After receipt of the BP-448, the disciplinary log copy shall be destroyed.

   f.  For partial year awards, ISM staff will enter the final GCT award into SENTRY on the inmate's release date prior to the final satisfaction of the sentence.  The final GCT award should be made on the inmate's release date, or the work day preceding the release date since awards of GCT are vested and may not later be disallowed.  If the time remaining on the sentence is less than a year, a prorated amount of Good Conduct Time will be entered into SENTRY.  This also includes shorter sentences up to and including a sentence of 417 days (usually equaling 1 year, 1 month and 1 day), which do not earn the full amount of 54 GCT days, but earn a lesser prorated amount.  Inmates serving SRA sentences are not eligible for lump sum awards of GCT.

   g.  Community Corrections staff will perform the above procedures for prisoners in community correction centers.  The Disciplinary Log need not be produced for prisoners who are boarded out to state facilities or who are serving their sentences concurrently in a state facility.          *

**ATTACHMENT F**

          FUNCTION: LST SCOPE: REG   EQ 23582-038   OUTPUT FORMAT: SAN_____
-------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------
DT RCV: FROM _____ THRU _____   DT STS: FROM _____ THRU _____
DT STS: FROM ____ TO ____ DAYS BEFORE "OR" FROM ____ TO ____ DAYS AFTER DT RDU
DT TDU: FROM ____ TO ____ DAYS BEFORE "OR" FROM ____ TO ____ DAYS AFTER DT TRT
STS/REAS: _____ _____ _____ _____ _____ _____ _____ _____ _____ _____
SUBJECTS: _____ _____ _____ _____ _____ _____ _____ _____ _____ _____
EXTENDED: _ REMEDY LEVEL: _ _            RECEIPT: _ _ _ "OR" EXTENSION: _ _ _
RCV  OFC : EQ _____      _____      _____      _____      _____      _____
TRACK:  DEPT: _____ _____ _____ _____ _____ _____
        PERSON: ____     ____       ____       ____       ____       ____
          TYPE: ____     ____       ____       ____       ____       ____
EVNT FACL: EQ _____      _____      _____      _____      _____      _____
RCV FACL.: EQ _____      _____      _____      _____      _____      _____
RCV UN/LC: EQ _____ _____ _____ _____ _____ _____
RCV QTR..: EQ _____ _____ _____ _____ _____ _____
ORIG FACL: EQ _____      _____      _____      _____      _____      _____
ORG UN/LC: EQ _____ _____ _____ _____ _____ _____
ORIG QTR.: EQ _____ _____ _____ _____ _____ _____


G5152      NO REMEDY DATA EXISTS FOR THIS INMATE