# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**JOHN SCHRIMPF**                              )
                                               )
**v.**                                         )          **CRIMINAL No. 04-CV40108-NG**
                                               )
                                               )
**DEPARTMENT OF JUSTICE**                      )


## APPEARANCE OF COUNSEL

Please enter my appearance as counsel for the plaintiff, John Schrimpf, in the above entitled matter.

Carmine P. Lepore
One Sprague Street
Revere, MA 02151
781-286-8800
BBO# 564603

December 2, 2004