UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN SCHRIMPF )
 )
v. ) CRIMINAL No. 04-CV40108-NG
 )
 )
DEPARTMENT OF JUSTICE )

DEFENDANT'S MOTION TO WITHRDAW PRO SE MOTION
PURSUANT TO 18 USC 2255

The plaintiff, John Scrimpf, hereby withdraws his Petition pursuant to 18 USC 2255 seeking "GCT credit correction", filed on June 7, 2004. In support hereof the defendant states that his sentence has been reduced pursuant to U.S.S.G. §5K1.1 and the instant petition is moot.

Defendant does not requests oral argument on his motion.

Respectfully Submitted,
John Schrimpf
By his attorney

Carmine P. Lepore
Lepore & Hochman, P.A
One Sprague Street
Revere, MA 02151
(781) 286-8800
BBO# 564603

CERTIFICATE OF SERVICE

The, undersigned herby certifies that, I have served the above motion by mail to AUSA Robert Peabody and AUSA Damian W. Wilmot U.S. Attorney's Office John Joseph Moakley United States Courthouse Suite 9200 1 Courthouse Way Boston, MA 02210.

Carmine P. Lepore